UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:    J. Carter Ventures 2, LLC , <br>              Debtor | Chapter: 7 <br> Case No: 23–40118 <br> Judge Elizabeth D. Katz |

**ORDER DISCHARGING TRUSTEE**
**AND CLOSING CASE**

It is hereby **ORDERED** that Joseph H. Baldiga, the Trustee is discharged from any further duties herein and that this case is hereby closed pursuant to 11 U.S.C. § 350(a).

Date:6/9/23                                                                                    By the Court,

                                                                                               Elizabeth D. Katz
                                                                                               U.S. Bankruptcy Judge